# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

MELISSA MCCABE,

    Plaintiff,

v.

BOOTS RETAIL USA INC. d/b/a SOAP & GLORY,

    Defendant.

Case No. 23-CV-292-JPS

ORDER

On April 12, 2023, Plaintiff and Defendant signed and filed a stipulation of dismissal of the action with prejudice and without costs. ECF No. 9. The Court will adopt the parties' stipulation. Fed. R. Civ. P. 41(a)(1)(A)(ii).

Accordingly,

**IT IS ORDERED** that the parties' stipulation of dismissal, ECF No. 9, be and the same is hereby **ADOPTED**; and

**IT IS FURTHER ORDERED** that this action be and the same is hereby **DISMISSED with prejudice** and without costs as to all parties.

Dated at Milwaukee, Wisconsin, this 19th day of April, 2023.

BY THE COURT:

J. P. Stadtmueller
U.S. District Judge